IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BERNARD BARTON,** | ) | CASE NO. 7:11CV5000 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **DAVE HEINEMAN, JON BRUNING,** | ) | |
| **BRYAN TUMA, RYAN HAYES, JOHN** | ) | |
| **DOE, and JIM PARISH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Defendants' Motion to Strike (Filing No. 18) its previously filed Notice of Non-Service (Filing No. 17) because of an "incomplete attachment." Defendants' Motion is granted.

IT IS THEREFORE ORDERED that: Defendants' Motion to Strike (Filing No. 18) is granted. The clerk's office is directed to strike Filing Number 17 from the record.

DATED this 18th day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.